# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JENORA KYLES, individually and on behalf of all other similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:21-cv-05069 ) |
| CERNER CORPORATION, a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, November 2, 2021, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso, or any judge sitting in his stead, in Courtroom 1903 of the United States District Courthouse, 219 South Dearborn Street, Chicago, IL, and then and there present **DEFENDANT CERNER CORPORATION'S MOTION TO STAY,** a copy of which is served upon you via the Court's CM/ECF system.

Dated: October 27, 2021

Respectfully submitted,

CERNER CORPORATION

By: */s/ Matthew C. Wolfe*
One of Its Attorneys

Kateland R. Jackson
SHOOK, HARDY & BACON L.L.P.
1800 K. Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 783-8400
krjackson@shb.com

Matthew C. Wolfe
Erin Bolan Hines
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
mwolfe@shb.com
ehines@shb.com

*Attorneys for Defendant Cerner Corporation*

**CERTIFICATE OF SERVICE**

I, Matthew C. Wolfe, an attorney, hereby certify that on **October 27, 2021**, I caused a true and correct copy of **NOTICE OF MOTION** to be filed electronically. Notice of this filing will be sent through the Court's CM/ECF system to the following counsel:

>Jordan R. Frysinger
>Timothy P. Kingsbury
>MCGUIRE LAW, P.C.
>55 West Wacker Drive, 9th Floor
>Chicago, IL 60601
>(312) 893-7002
>jfrysinger@mcgpc.com
>tkingsbury@mcgpc.com
>
>***Attorneys for Plaintiff Jenora Kyles***

            */s/ Matthew C. Wolfe*

4895-7837-8753