THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENORA KYLES, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> CERNER CORPORATION, a Delaware corporation; IMPRIVATA INC., a Delaware corporation, <br> *Defendants*. | Case No. 1:21-cv-05069 <br><br> Hon. Jorge L. Alonso <br><br> Magistrate Hon. Susan E. Cox |

## IMPRIVATA, INC.'S MOTION TO DISMISS
## FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Imprivata, Inc. ("Imprivata") hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Jenora Kyles' ("Plaintiff") First Amended Class Action Complaint ("FAC") in its entirety, with prejudice, on the grounds that the FAC fails to state a claim upon which relief can be granted. Plaintiff fails to state a claim under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq*., because: (1) the FAC fails to provide any plausible factual allegations that Imprivata collected or possessed Plaintiff's biometric data; and (2) Plaintiff's claims are untimely under the applicable two-year statute of limitations. In support of its Motion, Imprivata submits the accompanying Memorandum of Law.

WHEREFORE, Imprivata respectfully requests that the Court dismiss Plaintiff's FAC in its entirety, with prejudice, for the reasons detailed in the accompanying Memorandum of Law.

Dated: April 8, 2022 　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey A. Rossman*
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Rossman
　　　　　　　　　　　　　　　　　　　　　　　**FREEBORN & PETERS LLP**
　　　　　　　　　　　　　　　　　　　　　　　311 S. Wacker Drive, Suite 3000
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　(312) 360-6000
　　　　　　　　　　　　　　　　　　　　　　　*jrossman@freeborn.com*

　　　　　　　　　　　　　　　　　　　　　　　David S. Kantrowitz
　　　　　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**
　　　　　　　　　　　　　　　　　　　　　　　100 Northern Avenue
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　　　Tel. 617.570.1000
　　　　　　　　　　　　　　　　　　　　　　　Fax. 617.523.1231
　　　　　　　　　　　　　　　　　　　　　　　*DKantrowitz@goodwinlaw.com*

　　　　　　　　　　　　　　　　　　　　　　　Alyssa A. Sussman
　　　　　　　　　　　　　　　　　　　　　　　**GOODWIN PROCTER LLP**
　　　　　　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　　Tel. 212.813.8800
　　　　　　　　　　　　　　　　　　　　　　　Fax. 212.355.3333
　　　　　　　　　　　　　　　　　　　　　　　*ASussman@goodwinlaw.com*


　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Imprivata, Inc.*

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2022 a true and correct copy of the foregoing document was served by electronic means through the Court's CM/ECF System upon all other counsel of record in this action.

                                                   /s/ *Jeffrey A. Rossman*
                                                   Jeffrey A. Rossman