# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jenora Kyles

                         Plaintiff,

v.                                                 Case No.: 1:21−cv−05069
                                                  Honorable Jorge L. Alonso

Cerner Corporation, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. The parties rule 26(a)(1) disclosures shall be served by 12/2/22. This case is referred to the magistrate judge for discovery supervision, with the authority to set and extend deadlines, and a settlement conference. The parties are directed to file a joint status report by 12/2/22 regarding discovery deadlines. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.