**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Jenora Kyles
                              Plaintiff,

v.                                                             Case No.: 1:21−cv−05069
                                                                  Honorable Jorge L. Alonso

Cerner Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

      MINUTE entry before the Honorable Susan E. Cox: This matter has been referred to Judge Cox for discovery supervision and to conduct a settlement conference. Judge Cox will review the parties' upcoming 12/2/2022 joint status report in order to set the fact discovery deadline in this case; it is not the Judge Cox's practice to subdivide discovery. In their 12/2/2022 status report, the parties should also indicate whether they desire a settlement conference at the this time. (The parties should be aware that Judge Cox's settlement conference schedule typically books 2−3 months out from current.)(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.