**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jenora Kyles

                        Plaintiff,

v.                                               Case No.: 1:21−cv−05069
                                                            Honorable Jorge L. Alonso

Cerner Corporation, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties most recent status report [Dkt. 86] advises that the parties have settled this matter in principle and are finalizing the terms of that settlement. Therefore, all matters relating to the referrals of this action are concluded. Referrals terminated. Case returned to the assigned District Judge. The parties are to file their dismissal paperwork before the District Judge, and anticipate doing so by 9/29/2023. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.