# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JENORA KYLES, individually and on behalf of all similarly situated individuals, | )<br>)<br>)<br>) |
| *Plaintiff,* | ) No. 1:21-cv-05069 |
| v. | ) Hon. Jorge L. Alonso |
| CERNER CORPORATION, a Delaware corporation; IMPRIVATA, INC., a Delaware corporation, | ) Magistrate Judge Keri L. Holleb<br>) Hotaling |
| *Defendants.* | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Jenora Kyles, Defendant Cerner Corporation, and Defendant Imprivata, Inc., through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims are hereby dismissed with prejudice, with each Party to bear their own costs and fees, waiving all rights of appeal.

IT IS SO STIPULATED.

Dated: November 17, 2023                                           Respectfully submitted,

| JENORA KYLES | CERNER CORPORATION | IMPRIVATA, INC. |
|---|---|---|
| /s/ Timothy P. Kingsbury | /s/ Lauri A. Mazzuchetti | /s/ Alyssa Sussman |
| Evan M. Meyers<br>Timothy P. Kingsbury<br>Jordan R. Frysinger<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com | Lauri A. Mazzuchetti<br>KELLEY DRYE &<br>WARREN LLP<br>One Jefferson Road, 2nd Fl.<br>Parsippany, NJ 07054<br>Tel: (973) 503-5900<br>lmazzuchetti@kelleydrye.com | Jeffrey A. Rossman<br>FREEBORN & PETERS LLP<br>311 S. Wacker Dr., Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6784<br>jrossman@freeborn.com |

1

| | | |
|---|---|---|
| tkingsbury@mcgpc.com<br>jfrysinger@mcgpc.com<br><br>*Attorneys for Plaintiff and the Putative Class* | Constantine Koutsoubas<br>KELLEY DRYE & WARREN LLP<br>333 W. Wacker Dr., #2600<br>Chicago, IL 60606<br>Tel: (312) 857-2321<br>ckoutsoubas@kelleydrye.com<br><br>*Attorneys for Defendant Cerner Corp.* | Alyssa Sussman<br>GOODWIN PROCTOR LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel: (212) 813-8800<br>asussman@goodwinlaw.com<br><br>*Attorneys for Defendant Imprivata, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 17, 2023, I caused the foregoing *Stipulation of Dismissal* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically submitted to all counsel of record.

/s/ Timothy P. Kingsbury